# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10462

_____

UNITED STATES OF AMERICA,

                                                   Plaintiff-Appellant,

*versus*

EMMANUEL AYALA,

                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00369-KKM-AAS-1

_____

ORDER:

2          Order of the Court          24-10462

    The motion for an extension of time to and including June 28, 2024 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE