No. 24-10462

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

───────────────────────────

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

v.

EMMANUEL AYALA,

*Defendant-Appellee.*

───────────────────────────

On Appeal from the United States District Court
for the Middle District of Florida (No. 8:22-cr-00369)
(Hon. Kathryn Kimball Mizelle)

───────────────────────────

**MOTION FOR LEAVE TO FILE BRIEF OF
EVERYTOWN FOR GUN SAFETY AS AMICUS CURIAE IN
SUPPORT OF THE UNITED STATES OF AMERICA AND REVERSAL**

───────────────────────────

Janet Carter
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org

July 3, 2024

No. 24-10462
*United States v. Emmanuel Ayala*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund) has no parent corporations. It has no stock and hence no publicly held company owns 10% or more of its stock.

Pursuant to 11th Cir. R. 26.1-1 – 26.1-4, Everytown for Gun Safety states that, in addition to the persons listed in the Certificate of Interested Persons contained in the brief of Appellant the United States of America filed on June 28, 2024, the following persons and entities have an interest in the outcome of this case:

1. Carter, Janet, *Counsel for amicus curiae Everytown for Gun Safety*
2. Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), a 501(c)(4) organization, *amicus curiae*
3. Everytown Law, *Counsel for amicus curiae Everytown for Gun Safety*
4. Taylor, William J., Jr., *Counsel for amicus curiae Everytown for Gun Safety*

Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") respectfully moves for leave to file a brief as amicus curiae in the above-captioned matter in support of the United States as Plaintiff-Appellant. If granted leave, Everytown will file the brief submitted with this motion.[1] The United States consents to Everytown's motion for leave. Defendant-Appellee does not consent.

## INTEREST OF AMICUS CURIAE

Everytown for Gun Safety is the nation's largest gun-violence-prevention organization, with over ten million supporters across the country. Everytown was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after a gunman murdered twenty children and six adults at an elementary school in Newtown, Connecticut. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and advocate for responsible gun laws, as well as a national movement of high school and college students working to end gun violence.

---

[1] No party's counsel authored the brief in whole or part; no party or party's counsel contributed money intended to fund its preparation or submission; and, apart from Everytown, no person contributed money intended to fund its preparation or submission.

Over the past several years, Everytown has devoted substantial resources to researching and developing expertise in historical firearms legislation. Everytown has drawn on that expertise to file more than 100 amicus briefs in Second Amendment and other firearms cases, offering historical and doctrinal analysis, as well as social science and public policy research, that might otherwise be overlooked. *See, e.g.*, *Nat'l Rifle Ass'n v. Comm'r, Fla. Dep't of Law Enforcement*, No. 21-12314, Dkt. 36 (11th Cir.); *Carralero v. Bonta*, Nos. 23-4354 & 23-4356 (consol.), Dkt. 27 (9th Cir.); *Miller v. Smith*, No. 22-1482, Dkt. 42 (7th Cir.). Several courts have expressly relied on Everytown's amicus briefs in deciding Second Amendment and other firearms cases. *See, e.g.*, *Antonyuk v. Chiumento*, 89 F.4th 271, 359 n.81, 360 n.82 (2d Cir. 2023), *cert. granted, vacated, and remanded*, No. 23-910, 2024 WL 3259671 (U.S. July 2, 2024); *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 910 F.3d 106, 112 n.8 (3d Cir. 2018); *Rupp v. Becerra*, 401 F. Supp. 3d 978, 991-92 & n.11 (C.D. Cal. 2019), *vacated and remanded*, No. 19-56004, 2022 WL 2382319 (9th Cir. June 28, 2022); *see also Rehaif v. United States*, 588 U.S. 255 n.4, 257 n.7 (2019) (Alito, J., dissenting); *cf. Goldstein v. Hochul*, No. 1:22-cv-08300 (S.D.N.Y. Oct. 20, 2022), Dkt. 44 (reasoned order granting Everytown's motion for leave to file amicus brief in post-*Bruen* Second Amendment challenge).

## DESIRABILITY AND RELEVANCE OF AMICUS BRIEF

Everytown respectfully submits that its brief will assist the Court by providing additional analysis regarding an issue pertinent to the sensitive-places analysis in the wake of *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), and *United States v. Rahimi*, No. 22-915, 2024 WL 3074728 (U.S. June 21, 2024). Litigants challenging gun laws under the Second Amendment have argued in several cases that the only places where a government may constitutionally prohibit guns are those protected by comprehensive, government-provided security. This includes plaintiffs in two recently filed civil actions who, like Appellee in this case, assert that the federal law prohibiting guns in post offices is unconstitutional. Everytown's brief explains why that argument is mistaken.

Because Appellee or potential amici curiae supporting him may rely on the mistaken comprehensive-security argument in responding to the United States's brief, and because the Court may find it necessary to address that argument in deciding this case, Everytown respectfully submits that this amicus brief is "desirable and … relevant." Fed. R. App. P. 29(a)(3)(B). *See generally Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128 (3d Cir. 2002) (Alito, J., in chambers).

## CONCLUSION

Everytown respectfully requests that this Court grant it leave to file the amicus brief submitted with this motion.

Respectfully submitted,

Dated: July 3, 2024    <u>Janet Carter</u>

Janet Carter
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org
*Counsel for Amicus Curiae*
*Everytown for Gun Safety*

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 665 words.

2. This document also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

Dated: July 3, 2024  /s/ Janet Carter

Janet Carter
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org
*Counsel for Amicus Curiae*
*Everytown for Gun Safety*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Leave to File Brief of Everytown for Gun Safety as Amicus Curiae in Support of the United States of America and Reversal, and the accompanying amicus brief, on all parties via CM/ECF.

Dated: July 3, 2024

<u>Janet Carter</u>

Janet Carter
William J. Taylor, Jr.
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org
*Counsel for Amicus Curiae*
*Everytown for Gun Safety*