# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10462

_____

UNITED STATES OF AMERICA,

                       Plaintiff-Appellant,

*versus*

EMMANUEL AYALA,

                       Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00369-KKM-AAS-1

_____

ORDER:

The motion for leave to file a brief as *amicus curiae* in support of reversal filed by Everytown for Gun Safety is CARRIED WITH THE CASE.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE