# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10462

_____

UNITED STATES OF AMERICA,

                                                               Plaintiff-Appellant,

*versus*

EMMANUEL AYALA,

                                                               Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00369-KKM-AAS-1

_____

ORDER:

| 2 | Order of the Court | 24-10462 |

The motion for an extension of time to and including September 17, 2024, to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE