# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10462

_____

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellant,

*versus*

EMMANUEL AYALA,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00369-KKM-AAS-1

_____

ORDER:

2  Order of the Court  24-10462

Amicus Curiae Everytown for Gun Safety's motion for leave to file amicus brief in support of reversal is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION