No. 24-10462

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

EMMANUEL AYALA,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:22-CR-369-KKM-AAS-1

**UNITED STATES' NOTICE OF FILING AND OF INTENT TO MOVE, UNOPPOSED, TO DISMISS ITS APPEAL**

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St. 3200
Tampa, FL 33602
(813) 274-6000

August 15, 2025

*United States v. Emmanuel Ayala*
No. 24-10462

## Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. Ayala, Emmanuel, defendant-appellee;

2. California Rifle & Pistol Association, Inc., amicus curiae;

3. Carter, Janet, Esq.;

4. Corrigan, Hon. Timothy J., United States District Judge;

5. Consuegra, Stephen, Federal Public Defender's Office;

6. Cunningham, Scott, USPS Special Agent, victim;

7. Daines, Laura J., Federal Public Defender's Office;

8. Devine, Jenny L., Federal Public Defender's Office;

9. Downing, Paul A., former Assistant Federal Public Defender;

10. Erhardt, Erin M., Esq.;

11. Everytown for Gun Safety, amicus curiae;

12. Firearms Policy Coalition, amicus curiae;

13. Hall, A. Fitzgerald, Acting Federal Public Defender;

14. Handberg, Roger B., former United States Attorney;

15. Kehoe, Gregory W., United States Attorney;

16. King, Abigail K., Assistant United States Attorney;

17. Michel, Carl D., Esq.;

18. Minnesota Gun Owners Caucus, amicus curiae;

19. Mizelle, Hon. Kathryn Kimball, United States District Judge;

20. Moros, Konstadinos T., Esq.;

21. Muench, James A., Assistant United States Attorney;

22. National Rifle Association, amicus curiae;

23. Patterson, Peter A., Esq.;

24. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

25. Roberts, Ross, Assistant United States Attorney;

26. Sansone, Hon. Amanda Arnold, United States Magistrate Judge;

27. Second Amendment Foundation, amicus curiae;

28. Second Amendment Law Center, Inc., amicus curiae;

29. Siekkinen, Sean, Assistant United States Attorney;

30. Sweeney, Sara C., former Acting United States Attorney;

31. Thompson, David H., Esq.;

32. Tuite, Hon. Christopher P., United States Magistrate Judge;

33. Wold, Megan M., Esq.; and

34. Younce, Jill, USPS Special Agent, victim.

No publicly traded entity has an interest in the outcome of this appeal.

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellant,*

v.                                           No. 24-10462

EMMANUEL AYALA,
    *Defendant-Appellee*

## United States' Notice of Filing and of Intent to Move, Unopposed, to Dismiss Its Appeal

The appellant, the United States, respectfully notifies the Court of the attached letter, delivered today to Congress in accordance with 28 U.S.C. § 530D, and of our intent to move to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a). We will file an unopposed motion to dismiss this appeal on August 22, as stated in the attached letter to Congress. Opposing counsel has informed us that appellee Emmanuel Ayala consents to the dismissal of this appeal.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By: *s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
sean.siekkinen@usdoj.gov

2

## Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on August 15, 2025, to:

LAURA J. DAINES, ESQ.
Federal Public Defender's Office

*Counsel for Emmanuel Ayala*

                                              *s/ Sean Siekkinen*
                                              SEAN SIEKKINEN
                                              Assistant United States Attorney