U.S. Department of Justice

Office of the Solicitor General

---

*The Solicitor General*                  *Washington, D.C. 20530*

August 15, 2025

The Honorable Mike Johnson
Speaker
U.S. House of Representatives
Washington, DC 20515

     Re:     *United States* v. *Ayala*, No. 24-10462 (11th Cir.)

Dear Mr. Speaker:

     Consistent with 28 U.S.C. 530D, I write to advise you that the Department of Justice has decided to dismiss its pending appeal in the above-pending case, which concerns the constitutionality of 18 U.S.C. 930(a), the federal statute prohibiting the possession of firearms in federal facilities. A copy of the district court's decision is enclosed.

     The defendant is an employee of the United States Postal Service who carried a handgun on the job for self-defense. One day, he entered a post office while wearing a bag containing the handgun. A federal grand jury indicted the defendant on one count of possessing a firearm in a federal facility, in violation of 18 U.S.C. 930(a), and one count of resisting arrest, in violation of 18 U.S.C. 111. The U.S. District Court for the Middle District of Florida dismissed the Section 930(a) charge, holding that the statute violates the Second Amendment as applied here.

     The Department of Justice appealed that decision to the Eleventh Circuit but has now decided to dismiss the appeal. The resisting-arrest charge against the defendant remains pending. Dismissing the appeal would enable the district court to resolve that charge promptly, while pursuing the appeal could significantly prolong this litigation. The Department has determined that, in these circumstances, continuing to pursue the appeal is not an appropriate use of prosecutorial resources.

     The Department of Justice plans to dismiss its appeal by August 22, 2025. Please let me know if we can be of any further assistance in this matter.

                                                                          Sincerely,

                                                                         */s/ D. John Sauer*
                                                                         D. John Sauer
                                                                         Solicitor General

Enclosure