No. 24-10462

In the
United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

EMMANUEL AYALA,
*Defendant-Appellee*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:22-CR-369-KKM-AAS-1

---

# UNITED STATES' TIME-SENSITIVE UNOPPOSED MOTION TO DISMISS APPEAL

---

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St. 3200
Tampa, FL 33602
(813) 274-6000

August 22, 2025

*United States v. Emmanuel Ayala*
No. 24-10462

# Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. Ayala, Emmanuel, defendant-appellee;

2. California Rifle & Pistol Association, Inc., amicus curiae;

3. Carter, Janet, Esq.;

4. Corrigan, Hon. Timothy J., United States District Judge;

5. Consuegra, Stephen, Federal Public Defender's Office;

6. Cunningham, Scott, USPS Special Agent, victim;

7. Daines, Laura J., Federal Public Defender's Office;

8. Devine, Jenny L., Federal Public Defender's Office;

9. Downing, Paul A., former Assistant Federal Public Defender;

10. Erhardt, Erin M., Esq.;

11. Everytown for Gun Safety, amicus curiae;

12. Firearms Policy Coalition, amicus curiae;

13. Hall, A. Fitzgerald, Acting Federal Public Defender;

14. Handberg, Roger B., former United States Attorney;

15. Kehoe, Gregory W., United States Attorney;

16. King, Abigail K., Assistant United States Attorney;

C-1 of 2

17. Michel, Carl D., Esq.;

18. Minnesota Gun Owners Caucus, amicus curiae;

19. Mizelle, Hon. Kathryn Kimball, United States District Judge;

20. Moros, Konstadinos T., Esq.;

21. Muench, James A., Assistant United States Attorney;

22. National Rifle Association, amicus curiae;

23. Patterson, Peter A., Esq.;

24. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

25. Roberts, Ross, Assistant United States Attorney;

26. Sansone, Hon. Amanda Arnold, United States Magistrate Judge;

27. Second Amendment Foundation, amicus curiae;

28. Second Amendment Law Center, Inc., amicus curiae;

29. Siekkinen, Sean, Assistant United States Attorney;

30. Sweeney, Sara C., former Acting United States Attorney;

31. Thompson, David H., Esq.;

32. Tuite, Hon. Christopher P., United States Magistrate Judge;

33. Wold, Megan M., Esq.; and

34. Younce, Jill, USPS Special Agent, victim.

No publicly traded entity has an interest in the outcome of this appeal.

In the United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
　　*Plaintiff-Appellant*,

　　v.　　　　　　　　　　　　　　　　　　　　　　　No. 24-10462

EMMANUEL AYALA,
　　*Defendant-Appellee*

**United States' Time-Sensitive Unopposed Motion to Dismiss Appeal**

Pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a), the United States moves to dismiss its appeal, in accordance with its Notice filed on August 15, 2025. Opposing counsel does not oppose the motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GREGORY W. KEHOE
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　DAVID P. RHODES
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Chief, Appellate Division

　　　　　　　　　　　　By:　*s/ Sean Siekkinen*
　　　　　　　　　　　　　　　　SEAN SIEKKINEN
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Appellate Division
　　　　　　　　　　　　　　　　USAO No. 192
　　　　　　　　　　　　　　　　400 N. Tampa St., Ste. 3200
　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　(813) 274-6000
　　　　　　　　　　　　　　　　sean.siekkinen@usdoj.gov

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 46 countable words, complies with Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on August 22, 2025, to:

LAURA J. DAINES, ESQ.
Federal Public Defender's Office

*Counsel for Emmanuel Ayala*

*s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney