# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10462

_____

UNITED STATES OF AMERICA,

                                                                   Plaintiff-Appellant,

*versus*

EMMANUEL AYALA,

                                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00369-KKM-AAS-1

_____

ORDER:

2                  Order of the Court                  24-10462

       Appellant United States' unopposed motion to dismiss this appeal in accordance with its Notice filed on August 15, 2025 is GRANTED.

                                                                                    DAVID J. SMITH  
                               Clerk of the United States Court of  
                                        Appeals for the Eleventh Circuit

                     ENTERED FOR THE COURT - BY DIRECTION